(No. 75-CC-6— )

BARNEY SCHWARTZ, Claimant, *vs.* STATE OF ILLINOIS.
Respondent.

*Opinion filed November 6, 1974.*

BARNEY SCHWARTZ, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-10— )

CLARENCE N. QUITNO, AND JESSIE L. QUITNO, Claimants,
*vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed November 6, 1974.*

CLARENCE N. QUITNO, AND JESSIE L. QUITNO, Claimants, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.